1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10   CEDRICK BROWN,                      1:10-cv-00323-OWW-GSA (HC)

11            Petitioner,               ORDER GRANTING MOTION TO PROCEED
                                         IN FORMA PAUPERIS ON APPEAL
12   vs.                                 and
                                         DIRECTING CLERK TO SERVE
13   J. HARTLEY,                         THE COURT OF APPEALS

14            Respondent.               (DOCUMENT # 20)

15   _____/

16        Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

18        On October 19, 2010, judgment was entered denying the petition for writ of habeas

19   corpus.  On October 27, 2010, petitioner filed a notice of appeal and an application to proceed in

20   forma pauperis.  Examination of petitioner's application to proceed in forma pauperis reveals that

21   petitioner is unable to afford the costs of an appeal.  Accordingly, the application to proceed in

22   forma pauperis on appeal is GRANTED.  See 28 U.S.C. § 1915.  **The Clerk is directed to serve**

23   **a copy of this order on the Court of Appeals for the Ninth Circuit.**

24        IT IS SO ORDERED.

25    **Dated:   November 1, 2010**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE
26

27

28